UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS HARDY | CIVIL ACTION |
| VERSUS | NO. 24-2932 |
| LAKEFRONT MANAGEMENT AUTHORITY, *et al.* | SECTION M (5) |

## ORDER

Considering the parties' joint stipulation of dismissal (R. Doc. 13),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims in the captioned matter are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 4th day of April, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE